PS 42
(Rev 07/93)

# United States District Court

## District of Kansas

**United States of America** )
)
vs )
)
**Prentice Byrd** ) Case No. 07-10142-008

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Prentice Byrd, have discussed with Melissa L. Goldsmith, Pretrial Services Officer, modification of my release as follows:

1. Suspend the condition that requires defendant to remain at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_Prentice Byrd_     2/17/10     _[signature]_     2/16/10
Signature of Defendant   Date    Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

s/Tony L. Atterbury     2/24/10
Signature of Defense Counsel    Date

s/ Debra L. Barnett     2/24/10
Signature of Assistant U.S. Attorney    Date

[x] The above modification of conditions of release is ordered, to be effective on 2/25/10.

[ ] The above modification of conditions of release is not ordered.

s/ J. Thomas Marten     2/25/10
Signature of Judicial Officer    Date